1124

No. 11–7109. JONES v. MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. C. A. 4th Cir. Certiorari denied.

No. 11–7110. JIMENEZ v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7111. CARTER v. COOPER. C. A. 4th Cir. Certiorari denied.

No. 11–7114. VAN BRUMWELL v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 11–7116. BROOME v. HUNTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7119. EDWARDS v. YU. C. A. 11th Cir. Certiorari denied.

No. 11–7121. DUKES v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7123. VARNUM v. LEWIS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7128. JONES v. STEWARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7143. STEMPLE v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–7144. LESLIE v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7151. BEALE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7155. POMPOSELLO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

